USDC- BALTIMORE
'22 OCT 14 PM 3:33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEROME GISSENTANER
8610 Spruce Run Court
Ellicott City MD 21043

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Amazon Logistic DBA Z
7458 New Ridge Rd.
Hanover MD 21076

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for Employment Discrimination**

Case No. 22-CV-2650-MJM

(to be filled in by the Clerk's Office)

Jury Trial: ☑ Yes ☐ No
(check one)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jerome Gissentaner |
   | Street Address | 8610 spruce run Court |
   | City and County | Ellicott City |
   | State and Zip Code | Maryland 21043 |
   | Telephone Number | 443-896-3497 |
   | E-mail Address | jeromegiss@outlook.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | _____ |
   | Job or Title (if known) | _____ |
   | Street Address | _____ |
   | City and County | _____ |
   | State and Zip Code | _____ |
   | Telephone Number | _____ |
   | E-mail Address (if known) | _____ |

2

Defendant No. 2

*Refuse to pay me my Long Term Disability because of Letter from Amazon Back in MArch 2021*

| | |
|---|---|
| Name | The Hartford |
| Job or Title (if known) | Disability Ins. Claim Company |
| Street Address | P.O. Box 14305 |
| City and County | Lexington |
| State and Zip Code | KY  40512-4305 |
| Telephone Number | 866-587-4264 |
| E-mail Address (if known) | My Insured # 9005953651 I am attaching a letters for LTD Benfits |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Amazon Logistics DBA2 |
| Street Address | 7458 New Ridge Road |
| City and County | Hanover |
| State and Zip Code | Maryland  21076 |
| Telephone Number | 240-706-5158 |

**II.     Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Other federal law *(specify the federal law)*:
    _____

- ☐ Relevant state law *(specify, if known)*:
    _____

- ☐ Relevant city or county law *(specify, if known)*:
    _____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts (specify): I wrote up people who didn't follow Covid Guidelines at this site

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) thru out my shifts from begin to End.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ age. My year of birth is 1/26/1956. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* just Returning back from Knee Replacement

5

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*

_____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Am Really not Sure. I love my job there I believe I could have worked there for the next 4 yrs. or At the Age of 70. I made 33K in 2020. I miss out of Bonuses pay Raises All the xtra perks that Amazon pays good Employee and I was a good Employee there. I love it. I could "understand" why I was treated this way After All that I did for this site. Never Any troule there manage 15-25 AA's there during Covid Pandemic.

E. The facts of my case are as follows. Attach additional pages if needed.

(Age)

A. I was granted medical leave for a knee replacement in March of 2021. Paperwork was lost in February of 2021 by E.R.C which is part of Amazon. I was told on March 7th to do something that I physical couldn't due. Told to go home or call E.R.C to find out about my paperwork. After my surgery I returned back to my job only to be sent home again because the site couldn't accommodate me. When I was fully able to work a 10 hr shift I return back to the site and worked about 7 or 8 days and then was told that I was terminated for missing time from work back in March of 2021.

B. I was a (Safety) Shift Asst Manager at Amazon. Mask up and six feet apart during the Covid (Retaliation) as managers.

C - I wanted to work I love my job there other AA with issues but (why not me. (Disability)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/14, 2022

Signature of Plaintiff: *Jerome Gissentaner*
Printed Name of Plaintiff: JEROME GISSENTANER

I want to perseve my Right to my Claim
Still Looking for Legal Attorney

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____